**KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
stevemusfc@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorney for Plaintiffs,
MARISOL GONZALEZ aka MARISOL LAZARO
And GERARDO LAZARO

**MORGAN LEWIS AND BOCKIUS LLP**
Lisa Weddle (SBN 259050)
Lisa.weddle@morganlewis.com.com
Blake H. Ramsay (SBN 300025)
Blake.ramsay@morganlewis.com
Brian M. Hom (SBN 240055)
Brian.hom@morganlewis.com.com
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071
Telephone: (213) 612-2500

Attorneys for Defendant
BMW of NORTH AMERICA, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL GONZALEZ aka MARISOL LAZARO and GERARDO LAZARO, <br><br>　　　　Plaintiffs, <br>v. <br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive, <br><br>　　　　Defendants | **CASE NO.:  2:20-cv-00822-DMG-JEM** <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br><br> Honorable Judge Dolly M. Gee |

1
JOINT NOTICE OF SETTLEMENT

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Marisol Gonzalez aka Marisol Lazaro and Gerardo Lazaro, and Defendant BMW of North America, LLC (jointly referred to as the "Parties"), by and through their counsel of record, hereby provide notice to the Court that they have reached a settlement in principle in the above referenced matter. The Parties request that the Court vacate any upcoming hearings and deadlines while settlement is pending.

Once all terms of the settlement are completed and payment is received by the Plaintiff, and after payment of Plaintiff's attorneys' fees, cost and expenses to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice.

Respectfully submitted,

Dated: February 9, 2021　　　　　　　　　**KNIGHT LAW GROUP, LLP**

　　　　　　　　　　　　　　　　By:　/s/ Steve Mikhov
　　　　　　　　　　　　　　　　　　Steve Mikhov
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Dated: February 9, 2021　　　　　　　　　**MORGAN, LEWIS & BOCKIUS LLP**

　　　　　　　　　　　　　　　　By:　/s/ Blake Ramsay
　　　　　　　　　　　　　　　　　　Lisa Weddle
　　　　　　　　　　　　　　　　　　Blake H. Ramsay
　　　　　　　　　　　　　　　　　　Brian M. Hom
　　　　　　　　　　　　　　　　　　Attorneys for Defendant