**STAY LIFTED**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARISOL GONZALEZ aka MARISOL LAZARO and GERARDO LAZARO,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,**<br><br>**Defendant.** | Case No : CV 20-822-DMG (JEMx)<br><br>**ORDER APPROVING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

    The parties' Joint Stipulation is APPROVED. The stay is lifted. The above-captioned action is hereby dismissed with prejudice, in its entirety.

    IT IS SO ORDERED.

DATED: March 7, 2022

                                                              _____
                                                              DOLLY M. GEE
                                                              UNITED STATES DISTRCT JUDGE